UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| APOLLO DEONT'A ROBINSON  AND | ) | |
| THOMASINNA MAWANDA ROBINSON | ) | CASE NO.  05-10071-WHD |
| DEBTORS | ) | |
| | ) | |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW ADAM M. GOODMAN, CHAPTER 13 TRUSTEE, and files this Notice that he is remitting to the Registry of the Clerk of the United States Bankruptcy Court the amount of $748.10 on behalf of WELLS FARGO FINANCIAL AMERICA, who filed claim # 1-1. These funds are being remitted to the Registry because the Creditor has not claimed the funds..

### CERTIFICATE OF SERVICE

This is to certify that I have this 4th day of June, 2010 served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

HARMON & GOROVE, ATTYS.
1 JEFFERSON ST.
NEWNAN, GA  30263-1925

/s/
_____
ADAM M. GOODMAN, TRUSTEE
STATE BAR NO. 300887
STANDING CHAPTER 13 TRUSTEE
260 PEACHTREE STREET
SUITE 200
ATLANTA, GA  30303
(678)510-1444